# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers] **FILED**

Deborah Renay Dickerson-Seamster

[You are the PLAINTIFF, print your full name on this line.]

v. Dept of FSSA

[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

**DEC 20 2018**

ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

2:18CV479

Case Number _____
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Department of FSSA | 6061 Broadway Gary, Indiana 46406 |
| 2 | [Put the names of any other defendants in these boxes.] | |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __1__
2. What is your address? 2394 Fillmore Street Gary, Indiana
3. What is your telephone number: (312) 734-9940
4. Have you ever sued anyone for these exact same claims?
   ☒ No.
   ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

   **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

   **DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I filed for Food Stamps and Medical benefits on ~~December 5th~~ December 5th on about this date. The Food Stamp Office was informed by (me) Plantiff over phone that I would be moving to Illnios and all benefits in Indiana be closed by October 31st, 2018.

2) I however had to or was informed by the Food Stamp Office on Ridge Rd that A Offical letter of Withdrawal of benefits had to be signed and turned IN to the FSSA.

3) I found out that I would not be moving to Illinois right away or changed my mind and I was told every thing was still in place when I called the office of FSSA and no further action was needed

4) On November 5th or so about this date of having to go to My Therapist at Regional

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

Mental Health, I found out my medical benefits were closed. I tried to Reapply within the office. I was given all sorts of paper work to bring back, and told to Reapply for benefits. I Reapplied and turned in all Required documents. I still have no foodstamps or Medical Benefits.
See back →

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?
☒ No.
◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?

I am seeking Relief of approiate amount that the court see's fit in monetary value.

FILING FEE – Are you paying the filing fee?

◯ Yes, I am paying the $400.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]

◉ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[Initial Each Statement]

DDS  I will keep a copy of this complaint for my records.
DDS  I will promptly notify the court of any change of address.
DDS  I declare **under penalty of perjury** that the statements in this complaint are true.

_____          12-20-18
Signature                                                      Date

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

```
SOCIAL SECURITY ADMINISTRATION
                                      Date: December 20, 2018
                                      BNC#: 18BC776D39477
                                      REF: A ,DI




        DEBORAH R SEAMSTER
        1215 CHURCH ST
        EVANSTON IL 60201-3505
```

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Supplemental Security Income Payments

   Beginning January 2019, the current
   Supplemental Security Income payment is...............$ 771.00

   This payment amount may change from month to month if income or living situation changes.

   Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

SUSPECT SOCIAL SECURITY FRAUD?

 Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

IF YOU HAVE QUESTIONS

We invite you to visit our web site at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local office at 888-371-0791. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

```
                         SOCIAL SECURITY
                         2116 GREEN BAY RD
                         EVANSTON, IL 60201
```

```
Scan Successful

File: i457079025_2018_12_18_16_13_09_000.state.in.us_10.245.79.25.tif

Date: 12/18/18

Time: 16:13:09

Pages Scanned: 10
```

# PENDING VERIFICATIONS FOR APPLICANTS / RECIPIENTS
State Form 54107 (R12 / 8-17) / DFR 2032

**DATE:** 12/4/2018

**TO:**
DEBORAH R SEAMSTER
2394 FILLMORE ST GARY,IN 46407

| YOUR DEADLINE FOR SUBMITTING THIS INFORMATION IS: | | |
|---|---|---|
| SNAP | Health Coverage | Cash Assistance |
| 12/17/2018 | | |

| Case name |
|---|
| DEBORAH R SEAMSTER |
| Case number |
| 1056945213 |

**MAIL OR FAX YOUR INFORMATION TO:**
FSSA Document Center
PO Box 1810
Marion, Indiana 46952
Fax: 1-800-403-0864

**IMPORTANT** – This request for additional information is for SNAP, Cash or Health Coverage benefits you have applied for or are receiving. This application will be denied or current benefits discontinued unless a response is received by the Deadline(s) specified above.

1. Please fax (faster than mail) or mail copies of the items marked with an 'x' in the table below to Family and Social Services Administration (FSSA) or **your benefits will be denied or discontinued.**
2. If you do not have the exact papers listed below, you may send/bring in others that provide the same information.
3. If you need help getting the information requested, contact FSSA at 1-800-403-0864.
4. Write your Case name and Case number on each item you fax or mail.
5. Fax or mail the <u>Cover Sheet</u> and the other items needed.
6. **Please note: if you sent the requested information since the mailing date of this notice, you do not need to send the documents again.**

| Proof of (examples of valid documents) | For Person(s) |
|---|---|
| ☒ Utility Expense<br>Utility bills | DEBORAH R SEAMSTER |
| **Comments:** PLEASE PROVIDE VERIFICATION OF YOUR TELEPHONE EXPENSE. | |
| ☒ Residency<br>Lease, rent receipts, mortgage receipts, statement from landlord, utility bill, property tax statement, driver's license, school records, other forms of ID, employment records, church records, local postal record | DEBORAH R SEAMSTER |
| **Comments:** PLEASE HAVE YOUR PARENTS COMPLETE THE ATTACHED SHELTER COLLATERAL FORM TO INDICATE VERIFICATION OF INDIANA RESIDENCY. | |
| ☒ Notice Regarding Rights and Responsibilities: Copy provided for your information | |

Page 1 of 1

DFRZ8AE0100R8JRW9

*Deborah Seamster*
*2394 Fillmore Street*
*DS Basement Apt*
*Gary, Indiana 46407*

*December 17, 2018*

*Dept of FSSA*
**661 Broadway,**
**Gary, IN 46402**

**Dear Ms. Jackson:**

Per your request for a letter stating that I did all I could to get an telephone bill. The cell phone I had has been disconnected since July. Included with this letter is my car registration . My car is registered in Evanston at this time due to Domestic Violence. Please do not release this information anyone. YWCA in Evanston has this information as well but will not discuss this with you.

Please Process this medical application ASAP. I have been without medication for for my high blood pressure and PTSD for 2 or 3 weeks now.

If you have any questions, please call

*[signature: Deborah Renay Seamster]*
**Deborah Seamster**

DEBORAH R SEAMSTER
1215 CHURCH ST
EVANSTON IL 60201

## 2019 Illinois Registration Identification Card
### Jesse White, Illinois Secretary of State

CEYC08/03/18:02:8972: 196.00 CK01
AU95153 9FYC28972 TR 0619

| Vehicle Year | Vehicle Make | | VIN | |
|---|---|---|---|---|
| 1999 | NISSAN | | 3N1BB41D9XL003751 | |
| Weight or CC's | Body Style | | Application Type | |
| | SEDAN | | PASSENGER | |
| Axles | Leased/Rental | Unit Number | File Number | County |
| 2 | | | | COOK 016 |
| Driver's License Number(s) or FEIN(s) | | | Expiration Date | |
| S523-1766-7680 | | | JUNE 30, 2019 | |
| | | | Plate Number | |
| | | | AU95153 | |
| Renewal Fee Due | | | PURCHASE DATE 06/27/2018 | |
| 196.00 | | | | |



**ILLINOIS** Jesse White • Secretary of State  USA
**IDENTIFICATION CARD**

4d LIC NO: S231-7567-680S
3 DOB: 03/18/1967
4b EXP: 03/18/2024    4a ISS: 08/03/2018
1. SEAMSTER
2. DEBORAH RENAY
8. 1215 CHURCH ST
   EVANSTON, IL 60201
9. CLASS:
15 SEX: F    16 HGT: 5'-00"
17 WGT: 120 lbs    18 EYES: BRN    TYPE: DUP
5 DD 2018080330 6CC6604

```
Scan Successful

File: i455032047_2018_12_19_17_12_15_000.state.in.us_10.245.32.47.tif

Date: 12/19/18

Time: 17:12:15

Pages Scanned: 4
```

USDC IN/ND case 2:18-cv-00473-JVB-APR document 1 filed 12/20/18 page 12 of 14
*DFRTSAE01008DNYH4*

# DOCUMENT TRANSFER COVER SHEET

| | |
|---|---|
| Client Name: **DEBORAH SEAMSTER**<br>Case Number: **1056945213** | Address: 2394 FILLMORE ST BASEM<br>GARY, IN 46407 |

**RECEIVED**
DEC 1 9 2018
DIVISION OF FAMILY RESOURCES
LAKE COUNTY

## Instructions — INTERNAL USE ONLY
- Include this form when transferring documents to the FSSA Document Center. Check the boxes that apply.
- Mail or fax documents to the Document Center -

| Mailing Address: | FSSA Document Center<br>PO Box 1810<br>Marion, Indiana 46952 | Fax Number: | 1-800-403-0864 |
|---|---|---|---|

### Document Processing - Check the box that applies
☐ Image only       ☒ Image and Process

### Documents Included

**Eligibility Documents**
- ☐ CAF
- ☐ Client Certification & Assignment
- ☐ Rights & Responsibilities

**Identity**
- ☐ Driver's License
- ☐ State Photo ID Card
- ☐ Student Photo ID

**Social Security Number**
- ☐ Social Security Card
- ☐ Bureau for Citizenship & Immigration Services Document
- ☐ Proof of Application for Social Security Card

**US Citizenship / Immigration Status**
- ☐ Alien Registration Card
- ☐ Baptismal Certificate
- ☐ Birth Certificate
- ☐ Hospital Birth certificate
- ☐ Passport
- ☐ Permanent Resident Card

**Money Received / Income**
- ☐ Child Support - Proof of Payment Received
- ☐ Copy of Paychekcs
- ☐ Disability Payments
- ☐ Employer Statement
- ☐ Employer Statement of Termination
- ☐ Pay stubs
- ☐ Pension Statements / Stubs
- ☐ Railroad Retirement Benefits
- ☐ Self Employment Records
- ☐ Sick Benefits
- ☐ Social Security / SSI Award Letter
- ☐ Statement of Loan, Gift or Contribution
- ☐ Veterans Benefits
- ☐ Workers compensation

**Resources**
- ☐ Annuity contract
- ☐ Bank/Credit Union Statement
- ☐ Real Estate, Oil, Gas or Mineral Rights Deed / Document
- ☐ Statement of Vehicle Value from Licensed Dealer
- ☐ Stock / Bond Statement or Certificate
- ☐ Trust Agreement
- ☐ Vehicle Registration / Title

**Expenses**
- ☐ Cancelled Rent Check
- ☐ Homeowner's Insurance Statement
- ☐ Lease Agreement
- ☐ Proof of Energy Assistance Received
- ☐ Proof of Public Housing Assistance
- ☐ Property Tax Statement
- ☐ Rent Receipt
- ☐ Landlord or Mortgage Lender Statement
- ☐ Utility Bill

**Child Care / Child Support Expense**
- ☐ County Clerk Record for Child Support
- ☐ Proof of Child Support You Pay
- ☐ Receipt / Copy of Check for Child Care that You Pay
- ☐ Statement from Child Care Provider

**Medical**
- ☐ Medical Bill / Receipt
- ☐ Medical Statement
- ☐ Medical Statement of Pregnancy / Due date
- ☐ Non-claim Medical Expenses
- ☐ Prescription Receipt or Printout

**Insurance**
- ☐ Insurance Card
- ☐ Life / Burial / Health Insurance Policy
- ☐ Statement from Insurance Provider

**Legal**
- ☐ Divorce Decree
- ☐ Guardianship Order
- ☐ Marriage Certificate
- ☐ Paternity Record
- ☐ Power of Attorney

**IMPACT Documents**
- ☐ Verification of Employment (VOE)
- ☐ Attendance
- ☐ Job Search Verification

**Other Documents**
- ☐ _____
- ☐ _____
- ☐ _____
- ☐ _____
- ☐ _____

DFRTSAE01008DNYH4

Carrrie Dickerson
2394 Fillmore Street
Gary, Indiana 46407

12/19/2018

FSSA
661 Broadway
Gary, Indiana 46407

To: Whomever it may concern:

Deborah Dickerson Seamster, Lives at the above address. She is homeless, the Only income is her SSI Check, She does not pay me any rent, however she does contributes every now and then. This letter is for Rent verification.

*Carrie Dickerson*



RECEIVED
DEC 1 9 2018
DIVISION OF FAMILY RESOURCES
LAKE COUNTY

 State of Illinois
Department of Healthcare and Family Services

| | |
|---|---|
| Date of Notice: | December 04, 2018 |
| App Number: | T08061165 |
| Office Name: | WINNEBAGO COUNTY FCRC |
| Office Address: | 171 EXECUTIVE PKWY ROCKFORD, IL 61107 |
| Phone: | 815-987-7620 |
| TTY: | 866-322-2681 |
| Fax: | 844-736-3563 |

You can manage your case online at **abe.illinois.gov**

Esta notificación está disponible en Español. Usted puede solicitarla por Internet en **abe.illinois.gov** o llame al **1-800-843-6154 (TTY 1-866-324-5553)**

DEBORAH SEAMSTER
2394 FILLMORE ST
GARY, IN 46407

# Notice of Possible Entitlement to Temporary Medical Assistance

The Department has not made a decision on the application for medical coverage within the legal time limits. Due to the Department's delay, you may request a temporary medical card while your application is still pending a decision. Coverage could begin December 09, 2018 for individuals included in the application for medical assistance.

The card may be requested the following ways:
- Manage My Case, if you have an account; or by
- Returning this form to Winnebago County FCRC; or by
- Mailing the form to P.O. Box 19138, Springfield, IL 62794; or by
- Phone or in person at the office where you applied.

The temporary medical coverage will end when the Department either approves or denies your application.

This coverage does not include Long Term Services and Supports (LTSS).



-18) Notice of Possible
mporary Medical Assistance

Page 1 of 1

15367776